USAO#2006

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06-689 (JHR) |
| v. | : | 18 U.S.C. §§ 1951 (a) and 2 |
| CRAIG CALLAWAY | : | |

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### Attempted Extortion Under Color of Official Right

1. At all times relevant to this Information:

    a. Defendant CRAIG CALLAWAY served as a member and President of the City Council of Atlantic City (the "City Council").

    b. The City of Atlantic City, New Jersey conducted business that affected interstate commerce.

    c. An undercover FBI agent ("UC-1"), posed as a "Wall Street financier" and investor, who claimed to be involved in many interstate construction projects, and who was backing an Atlantic City area contractor ("Contractor 1") who was interested in obtaining development and construction work in Atlantic City.

    d. The City Council was interested in developing a 6.4-acre waterfront site on the northeast inlet of Atlantic City commonly referred to as the Garwood Mills site, named for a department store that once occupied the land ("Garwood Mills").

2. At various times in or about 2003, Contractor 1 told UC-1 that he had in the past and could in the future obtain Atlantic City development and construction projects by paying bribes to public officials. In a consensually recorded meeting in Atlantic City on or about December 17, 2003, Contractor 1 asked UC-1 for $10,000 to give to defendant CRAIG CALLAWAY in return for defendant CALLAWAY's official support for Contractor 1 to become either the construction manager or the general contractor in connection with the development of Garwood Mills. Defendant CRAIG CALLAWAY later joined the meeting with UC-1 and Contractor 1. Defendant CRAIG CALLAWAY assured UC-1 that he had spoken with the developer of Garwood Mills and the developer understood that they had to hire Contractor 1 if they wanted to move forward with the project. At the December 17, 2003 meeting, UC-1 gave Contractor 1 $10,000 in cash which Contractor 1 in turn gave to defendant CRAIG CALLAWAY. The money was offered in return for defendant CRAIG CALLAWAY's official support for Contractor 1 to become the general contractor or the construction manager on the Garwood Mills development.

3. On or about December 17, 2003, in Atlantic County, in the District of New Jersey, and elsewhere, defendant

### CRAIG CALLAWAY

did knowingly and willfully attempt to obstruct, delay and affect interstate commerce by extortion--that is, by accepting and agreeing to accept from UC-1 with his consent approximately $10,000 through Contractor 1, in exchange for defendant CRAIG CALLAWAY'S agreement to exercise official action and influence to assist Contractor 1 relating to the development of Garwood Mills.

In violation of Title 18, United States Code, Sections 1951 (a) and 2.

*[signature]*

CHRISTOPHER J. CHRISTIE
United States Attorney

| United States District Court<br>District of New Jersey |
|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRAIG CALLAWAY |
| INFORMATION |
| 18 U.S.C. §§ 1951(a) and 2 |
| CHRISTOPHER J. CHRISTIE<br>U.S. ATTORNEY<br>NEWARK, NEW JERSEY |
| THOMAS J. EICHER AND JUDITH GERMANO<br>ASSISTANT U.S. ATTORNEYS<br>NEWARK, NEW JERSEY |